# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO    : No. 651
                         :
COMMITTEE ON RULES OF    : SUPREME COURT RULES DOCKET
                         :
EVIDENCE                 :

## O R D E R

**PER CURIAM:**

AND NOW, this 31st day of October, 2014, John P. Krill, Jr., Esquire, Dauphin County, is hereby appointed as a member of the Committee on Rules of Evidence for a term expiring October 1, 2017.